JS–6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARTIN VOGEL

          Plaintiff(s),

  v.

THRIFTY PAYLESS INC, et al.

          Defendant(s).

CASE NO: 2:13-cv-03391-FMO-MRW

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 60 **days from the filing date of this Order**, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: July 12, 2013

                                            /s/ *Fernando M. Olguin*
                                            Fernando M. Olguin
                                            United States District Judge